Submitted October 30, petition for judicial review dismissed November 26, 2008,
petition for review denied February 11, 2009 (346 Or 10)

MARCUS LAVON JACKSON,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A124608

197 P3d 59

Peter Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Kristin Carveth, Deputy Public Defender, Legal Services Division, Office of Public Defense Services, filed the brief for petitioner.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erin C. Lagesen, Assistant Attorney General, filed the brief for respondent. Before Rosenblum, Presiding Judge, and Brewer, Chief Judge, and Riggs, Senior Judge.

PER CURIAM

**PER CURIAM**

Petitioner seeks judicial review of an order of the Board of Parole and Post-Prison Supervision denying his request to reopen his case and to reconsider an order revoking his parole. We lack jurisdiction to review the order denying petitioner's request. ORS 144.335(1) limits judicial review to final orders of the board. As the Supreme Court explained in *Mastriano v. Board of Parole*, 342 Or 684, 686, 159 P3d 1151 (2007), "a board order denying reopening and reconsideration of an earlier final order is not itself a final order for purposes of judicial review pursuant to ORS 144.335(1)." It follows that we lack jurisdiction to review the order before us.

Petition for judicial review dismissed.